Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−22075−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth K Onyegbule
   214 Eppirt Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−9592

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 15, 2019
JAN: car

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-22075-RG
Kenneth K Onyegbule                                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2               Date Rcvd: Feb 15, 2019
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
```
db             +Kenneth K Onyegbule,    214 Eppirt Street,    East Orange, NJ 07018-2410
517591998      #Comcast,    Po Box 1577,    Newark, NJ 07101-1577
517591999      +Dominick McKoy,    214 Eppirt Street, 2nd Floor,    East Orange, NJ 07018-2410
517592000      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517623611      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517592004      +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054-4318
517592005      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                 Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 01:10:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517591996      +EDI: CAPITALONE.COM Feb 16 2019 05:43:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517623352       EDI: CAPITALONE.COM Feb 16 2019 05:43:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517591997      +EDI: CCS.COM Feb 16 2019 05:43:00     Ccs Collections,    725 Canton St,
                 Norwood, MA 02062-2679
517592001      +EDI: AMINFOFP.COM Feb 16 2019 05:43:00     First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517592002      +EDI: HFC.COM Feb 16 2019 05:43:00     Hsbc Bank Neveda N.A.,    Po Box 2013,
                 Buffalo, NY 14240-2013
517662623       EDI: RESURGENT.COM Feb 16 2019 05:43:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517592003      +EDI: RESURGENT.COM Feb 16 2019 05:43:00     LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
517698433      +EDI: JEFFERSONCAP.COM Feb 16 2019 05:43:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517696194      +EDI: AIS.COM Feb 16 2019 05:43:00     Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517592006      +EDI: VERIZONCOMB.COM Feb 16 2019 05:43:00     Verizon,    Bankruptcy Department,
                 500 Technology Drive, Ste 550,    Saint Charles, MO 63304-2225
                                                                                                TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2007-AR3
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 15, 2019
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James J. Fitzpatrick    on behalf of Debtor Kenneth K Onyegbule nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association as Trustee
               for Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2007-AR3
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Kenneth K Onyegbule nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Kenneth K Onyegbule nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```